Oceanic Investing Company, Respondent, v. The Twenty-eighth Street and Seventh Avenue Realty Company and Others, Impleaded with Rudolph A. Rodel, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

The City of New York, Appellant, v. John J. Linson and Others, Respondents.— Order affirmed on consent, as stated in order. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

The People of the State of New York v. Daniel Lynch.— Motion granted. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

The People of the State of New York ex rel. Reinhardt P. Walz v. Douglas I. McKay, as Police Commissioner of the City of New York.— Motion granted, with ten dollars costs. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

The People of the State of New York ex rel. Edward J. Mack v. Douglas I. McKay, as Police Commissioner of the City of New York.— Motion granted, without costs. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

The People of the State of New York ex rel. Martin Diviney v. Theodore A. Bingham, as Commissioner.— Motion granted, without costs. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Bridget A. Golden, as Administratrix, v. New York, New Haven and Hartford Railroad Company.— Motion granted, unless appellant complies with terms stated in order. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Phœbe Nusbaum v. James C. Stewart.— Motion granted unless appellant complies with terms stated in order. Present— Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Dora E. Bacon v. Samuel M. Bacon.— Motion granted, with ten dollars costs. Present— Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Frank S. Rix v. Spencer Aldrich.— Motion granted, with ten dollars costs. Present— Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Theresa H. Rix v. Spencer Aldrich.— Motion granted, with ten dollars costs. Present— Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Mecca Realty Company v. Kellogg Toasted Corn Flake Company.— Motion granted unless appellant complies with terms stated in order. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

William Messmer v. Henry W. Boettger Silk Finishing Company.— Motion denied, with ten dollars costs. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Samuel J. Stiebel and Others v. Edmund Lissberger.— Motion granted unless appellant complies with terms stated in order. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Harry Ford v. Central Railroad of New Jersey.— Motion granted, with ten dollars costs. Present — Clarke, McLaughlin, Laughlin, Scott and Hotchkiss, JJ.